ROSE L. SILVERMAN, Respondent, v. ROBERT M. SILVERMAN, Appellant.— Order modified by adding at the end thereof the words " so long as both parties shall remain residents of the State of New York," and as so modified affirmed,

* Revd., 259 N. Y. 609.     † Revd., 259 N. Y. 219.

without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.